JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL, | Case No. 5:13-cv-01675-FMO-DTBx |
| Plaintiff, | |
| v. | ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| CORNERSTONE APPAREL, INC. dba PAPAYA CLOTHING, | |
| Defendant. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendant Cornerstone Apparel, Inc. dba Papaya Clothing,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: December 4, 2013

*/s/ Fernando M. Olguin*
United States District Judge